IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL ADEGOKE,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 18-cv-518-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Michael Adegoke denying petitioner's motion for post-conviction relief under 28 U.S.C. § 2255.

| s/ K. Frederickson, Deputy Clerk | March 20, 2019 |
| Peter Oppeneer, Clerk of Court | Date |