UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL ADEGOKE,
    Petitioner.

v.

UNITED STATES OF AMERICA,
    Respondent.

15-CR-38-JDP
18-CV-815-JDP

## NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, petitioner Michael Adegoke hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgment of conviction and sentence in the 28 U.S.C. § 2255 proceedings, that was denied on March 20, 2019 and received by petitioner on March 26, 2019.

Executed on 01 April 2019.

Respectfully Submitted,

Michael Adegoke
67306-019
FCI Oakdale II VP-A
P.O. Box 5010
Oakdale, LA - 71463

CERTIFICATE OF SERVICE

I, Michael Adegoke, certify that on the 1st day of April 2019, a copy of the Notice of Appeal was deposited in the Institutions Legal Mail system with enough pre-paid postage for its delivery through the U.S. Postal Service to the U.S. District Court for the Western District of Wisconsin.

*[signature]*

Michael Adegoke
67306-019
FCI Oakdale II VP-A
P.O. Box 5010
Oakdale, La - 71463

DOC NO
REC'D/FILED
2019 APR -5 AM 9:45
PETER OPPENEER
CLERK US DIST COURT
WD OF WI